STATE OF FLORIDA, ex rel. BERTHA M. BAILEY, et al., v. HON-
ORABLE ARTHUR GOMEZ, et al.

11 So. (2nd) 569                                    January Term, 1943
February 2, 1943                                               En Banc

J. E. Yonge and Thos. H. Anderson, for petitioners.
Arthur Gomez, in pro. per. for respondents.

TERRELL, J.:

This is a companion case to A. M. Tenney, et al., v. City of
Miami Beach, decided December 22, 1942. When the latter
case was decided by the circuit court, petitioners here applied
for an order requiring the City of Miami Beach to pay them
such amounts as accrued to them under the judgment therein.
The Court had previously entered an order impounding the
funds in the hands of the City for the purpose of enforcing
a lien for expenses of the litigation including attorneys' fees.
Petitioners had not previously filed their claims with the
chancellor; hence his refusal to recognize them and their
reason for this proceeding in mandamus to enforce them.

In our view, the decree appealed from in Tenney, et al.,
v. City of Miami Beach was a recognition of the interest of
all parties to the class in the subject matter of the litigation
and when concluded, they were at liberty to make showing
to the court of their interest and have the liens on their
property cancelled in the manner provided in the opinion in
that case. Our opinion in the Tenney case may be taken as
authority to deal with petitioners in this case in the same
manner that other parties to the cause are dealt with.

The alternative writ of mandamus is therefore quashed.

It is so ordered.

BUFORD, C. J., BROWN, CHAPMAN, THOMAS and
ADAMS, JJ., concur.

SEBRING, J., not participating.